**Jepheth D. CHAFFIN, Appellant,**

v.

**CITY OF FORT SMITH,**
**Arkansas, Appellee.**

No. 06–1301.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 15, 2007.

Filed: June 20, 2007.

Jepheth D. Chaffin, Fort Smith, AR, pro se.

Jerry L. Canfield, Mark A. Horoda, Daily & Woods, Fort Smith, AR, for Appellee.

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Jepheth D. Chaffin appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action against the City of Fort Smith, Arkansas. Having carefully reviewed the record, see Jacob–Mua v. Veneman, 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we agree with the district court that there was no genuine issue of material fact and that defendant was enti-

---

[1]. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

tled to judgment as a matter of law. Accordingly, we affirm. See 8th Cir. R. 47B.